UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TEODORO PASILLAS,

          Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

          Respondent.

Case No. C21-681-RAJ-MLP

~~PROPOSED~~ ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The Government's motion to dismiss (dkt. # 7) is GRANTED in part and DENIED in part.

(3)    Petitioner's habeas petition (dkt. # 4) is GRANTED in part and DENIED in part.

(4)    Petitioner's request for release is DENIED.

~~PROPOSED~~ ORDER - 1

(5)     Petitioner's request for a bond hearing is GRANTED. Within 30 days of the date of this order, the Government shall provide Petitioner with a bond hearing that comports with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011).

(6)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 15th day of April, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER - 2